UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| NATIONAL OIL WELL VARCO | § § | |
| vs | § § | CASE NO. 5:09cv85 |
| AUTO-DRILL INC | § § | |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to __HONORABLE CAROLINE CRAVEN__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

5/12/10
Date

_____
UNITED STATES DISTRICT JUDGE