# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., § | | |
| Plaintiff § | | CIVIL ACTION NO. 5:09cv85 |
| § | | |
| v. § | | |
| § | | |
| AUTO-DRIL, INC., § | | |
| Defendant § | | |

## AMENDED SCHEDULING ORDER

The following deadlines shall govern this cause of action:

| STEP | ACTION | RULE | DUE DATE |
|---|---|---|---|
| 1. | Completion of claim construction discovery | Patent L.R. 4-4 | February 3, 2011 |
| 2. | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | March 1, 2011 |
| 3. | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | April 1, 2011 |
| 4. | Deadline to file amended pleadings without leave of Court, which shall be 30 days before the deadline for dispositive motions | | April 14, 2011 |
| 5. | Accused infringer files responsive claim construction brief | Patent L.R. 4-5(b) | May 2, 2011 |
| 6. | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | May 23, 2011 |
| 7. | Parties file joint claim construction Chart | Patent L.R. 4-5(d) | June 1, 2011 |

| | | | |
|---|---|---|---|
| 8. | Technical tutorial and claim construction hearing | Patent L.R. 4-6 | June 30, 2011 (Tutorial at 9:00am with claim construction to follow) |
| 9. | Court's claim construction ruling | | August 5, 2011 |
| 10. | Status Conference to set remaining dates in Scheduling Order. Prior to the Status Conference, Parties will meet and confer to submit a Proposed Scheduling Order to the Court subject to the Court's Local Patent Rules and the Court's availability for trial. | | August 18, 2011 at 10:00 |

It is

**ORDERED** that this Amended Scheduling Order shall not be modified expect for leave of Court upon showing of good cause, and shall be binding on all parties.

**SIGNED this 24th day of November, 2010.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE