U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P. | § | |
| | § | |
| V | § | No. 5:09cv85 |
| | § | |
| AUTO-DRIL, INC. | § | |

U.S. Magistrate Judge Caroline M. Craven

Attorneys for Plaintiff:      Mr. Robert Bowick
                              Mr. John Raley

Attorneys for Defendants:     Mr. Chris Kling

Law Clerk:                    Jennifer Orgeron
Acting Courtroom Deputy:      Donna Blair

Court Reporter:               Monique McAllister

### MINUTES IN HEARING ON MOTION FOR SANCTIONS #81
2/15/2011

10:00 Matter called/Attorney announcements/Mr. Kling presented the first part of Defendant's motion for sanctions (#81). NOV's counsel, Mr. Raley and Mr. Bowick, responded. The Court ordered NOV to produce to Defendant within 14 days an affidavit of Bobbie Bowden. Mr. Kling presented the remaining portion of the motion, with NOV's counsel responding point by point. The Court denied the relief requested in Defendant's motion. The Court will issue an order outlining the Court's ruling from the bench. 11:20 Adjourn.

Donna Blair
Acting Courtroom Deputy