UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., § | | |
| Plaintiff § | | CIVIL ACTION NO. 5:09cv85 |
| § | | |
| v. § | | |
| § | | |
| AUTO-DRIL, INC., § | | |
| Defendant § | | |

## ORDER

    Before the Court is Defendant Auto-Dril, Inc.'s Motion to Modify Amended Scheduling Order (Docket Entry # 101).  Defendant moves the Court to modify the deadline to file amended pleadings without leave of Court to a date to be determined by the Court at the status conference with the parties set for August 18, 2011.  The Court, having reviewed the motion and noting Plaintiff does not oppose the motion, is of the opinion the motion should be **GRANTED**.  It is therefore

    **ORDERED** that the Amended Scheduling Order dated November 24, 2010 is modified as follows.  The Court continues the deadline for filing amended pleadings without leave of Court to 30 days before the deadline for filing dispositive motions, a date which will be determined by the Court following the August 18 status conference.

    **SIGNED this 1st day of April, 2011.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE