U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO | § | |
| | § | |
| | § | |
| v | § | 5:09cv85 |
| | § | |
| AUTO DRIL, INC. | § | |
| | § | |

U. S. Magistrate Judge Caroline M. Craven
Law Clerk: Jennifer Orgeron
Courtroom Deputy: Lynn  Siebel
Court Reporter: Monique McAllister


Plaintiff Counsel: Robert Bowick, Bradford Laney, John Wesley Raley
Defense Counsel: Christopher Kling

## MINUTES OF TUTORIAL AND MARKMAN HEARING
## 06/30/11

9:00 Matter called for tutorial and Markman hearing/Attorney announcements/Parties have 30 minutes each for tutorial and one and a half hour each for the Markman/Mr. Bowick, Laney and Raley present on behalf of Plaintiff/11:30 Lunch break/12:30 reconvene /Mr. Kling presents on behalf of Defendant/Court will file Order by August 5th/2:20 Adjourn